IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EDDIE GONZALES, Defendant. | 8:01-CR-202 ORDER |

This matter is before the Court on the plaintiff's Motion to Release Garnishment (filing 37). That motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion to Release Garnishment (filing 37) is granted.

2. The garnishment against Ready Mixed Concrete (filing 33) is released.

Dated this 4th day of September, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge